UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 22-6039 (DEA) |
| v. | : | |
| MISAEL MORO CARDOSO,<br>a/k/a "Misael Moro,"<br>a/k/a "Misael Cardosa Moro,"<br>a/k/a "Misael Moro-Cardosa,"<br>a/k/a "Jobany Acevedo,"<br>a/k/a "Armando Contreras," | :<br><br>:<br><br>: | |
| | : | |

## SEALING ORDER

This matter having come before the Court on the application of the United States of America (Martha K. Nye, Assistant U.S. Attorney, appearing) for an arrest warrant, and its concurrent application that the Complaint filed against the person named in the warrant be filed under seal, and for good cause shown,

It is on this  1st  day of November, 2022

ORDERED that, with the exception of copies of the arrest warrant, the Complaint upon which its issuance was based and all other papers related to the above-captioned matter be filed under, and are hereby sealed, until the arrest of the individual named in the warrant or until further order of this Court.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE