# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America　　　　　　　Cr. 22-759-(01)(PGS)

    v.

                                      O R D E R

MISAEL MORO CARDOSO
    Defendant

    It is on this 22ⁿᵈ, day of March 2023,

    Ordered that Mr. Misael Moro Cardoso is sentenced to Time Served for reasons expressed on the record.

                                            */s/ Peter G. Sheridan*
                                      PETER G. SHERIDAN, U.S.D.J.